New York Central Railroad Company, Appellant, v. Beacon Milling Company, Inc., Respondent.—

Present —
Cunningham, Taylor, Dowling, Harris and McCurn, JJ.